**Vincent X. LEE, Appellant,**

v.

**Gary B. KEMPKER; James A. Gammon; Unknown Bowen; D. Minor; Unknown Faulkner; Unknown Ridgeway; F. Stephenson; Unknown Cardozi; Unknown Pulliam; Unknown Lovingier; Unknown Holzclaw; Unknown Steel, Appellees.**

**No. 03–2735.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 6, 2003.

Decided Oct. 23, 2003.

Vincent X. Lee, #37915, pro se, Jefferson City, MO, for Plaintiff–Appellant.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

James R. McAdams, Jefferson City, MO, Denise LeAnne Thomas, St. Louis, MO, for Defendants–Appellees.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Missouri prisoner Vincent Lee appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we agree with the district court that Lee failed to exhaust available prison administrative remedies as to all claims. *See* 42 U.S.C. § 1997e(a); *Jones v. Norris*, 310 F.3d 610, 612 (8th Cir.2002) (per curiam) (standard of review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).